Hannah Sues
P.O. Box 7023
Canton, OH 44705
(330) 232-2521
hcsues87@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

HANNAH CAITLIN SUES,
Plaintiff,
v.
PERPLEXITY AI, INC.,
Defendant.

Case No. 3:26-cv-06951-SK

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT PERPLEXITY AI, INC. PURSUANT TO FED. R. CIV. P. 55(a)**

Plaintiff Hannah Sues, appearing pro se, respectfully requests that the Clerk of Court enter the default of Defendant Perplexity AI, Inc. pursuant to Federal Rule of Civil Procedure 55(a) and

Civil Local Rule 55-1, on the grounds that Defendant has failed to plead or otherwise defend against the Complaint within the time permitted by law.

In support of this request, Plaintiff states as follows:

1. Plaintiff filed the Complaint in this action on July 8, 2026 (ECF No. 1).
2. On July 14, 2026, the Court granted Plaintiff leave to proceed in forma pauperis (ECF No. 5).
3. On July 24, 2026, the Clerk issued a summons as to Defendant Perplexity AI, Inc. (ECF No. 6), and the service packet was delivered to the United States Marshals Service.
4. Defendant Perplexity AI, Inc. was served with the Summons and Complaint on July 27, 2026. An acknowledgement of receipt for service was docketed on July 27, 2026 (ECF No. 7).
5. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was required to serve an answer or otherwise respond to the Complaint within twenty-one (21) days after being served. That period expired on August 17, 2026.
6. Defendant did not execute or return a waiver of service, and the twenty-one-day period under Rule 12(a)(1)(A)(i) therefore applies.
7. As of the date of this request, Defendant has not filed an answer, has not filed any motion under Rule 12, has not entered an appearance through counsel, and has not otherwise defended in this action. The docket reflects no responsive filing by Defendant.
8. Defendant Perplexity AI, Inc. is a corporation. It is therefore not an infant, not an incompetent person, and not a person in the military service of the United States within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

9. Rule 55(a) provides that when a party against whom affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, “the clerk must enter the party's default.” The showing required by the Rule is made by the accompanying declaration of Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter the default of Defendant Perplexity AI, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

Respectfully submitted,

*/s/ Hannah Sues*

Dated: August 20, 2026

**DECLARATION OF HANNAH SUES IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

I, Hannah Sues, declare as follows:

1. I am the Plaintiff in this action and appear pro se. I have personal knowledge of the matters stated below and am competent to testify to them.
2. I filed the Complaint in this action on July 8, 2026.
3. The Court granted my application to proceed in forma pauperis on July 14, 2026.
4. The Clerk issued a summons as to Defendant Perplexity AI, Inc. on July 24, 2026, and the service packet was transmitted to the United States Marshals Service the same day.
5. Defendant Perplexity AI, Inc. was served with the Summons and Complaint on July 27, 2026.
6. Defendant did not return a waiver of service of summons. Accordingly, Defendant's deadline to answer or otherwise respond was twenty-one days after service, or August 17, 2026.
7. I have reviewed the docket in this action. As of the date of this declaration, Defendant has not filed an answer, has not filed a motion under Rule 12, and has not entered an appearance. No attorney has appeared on Defendant's behalf. Defendant has not communicated with me regarding this action.
8. Defendant Perplexity AI, Inc. is a corporation and is therefore not an infant, not an incompetent person, and not a person in military service within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.
9. Defendant has failed to plead or otherwise defend in this action within the time allowed by the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2026, at Canton, Ohio.

*/s/ Hannah Sues*

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2026, I served a true and correct copy of the foregoing Request for Clerk's Entry of Default and supporting Declaration upon Defendant Perplexity AI, Inc. by electronic service through PACER. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

*/s/ Hannah Sues*
330-232-2521
hcsues87@gmail.com
PO Box 7023
Canton OH 44705